| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayes, Karen L. | Western District of Louisiana | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge--full time | ☐ Nomination ☐ Initial ☑ Annual ☐ Final  Date<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

| 7. Chambers or Office Address |
|---|
| 201 Jackson Street, Suite 307 Monroe, LA 71201 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2013 | Hayes, Harkey, Smith & Cascio, law partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | 11/14/13-11/16/13 | Chicago, Illinois | Travel with husband for his training seminar for ACTL State Chairs | meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Fuel Gas Company (common) | A | Dividend | J | T | | | | | |
| 2. JP Morgan Chase chking and savings accounts | | None | J | T | | | | | |
| 3. Centurylink Inc( fka Century Telephone Enterprises) | A | Dividend | K | T | | | | | |
| 4. Regions Bank chking and savings accounts | | None | K | T | | | | | |
| 5. American Funds New Perspective Fund Class (A) | A | Dividend | J | T | Sold (part) | 04/26/13 | J | A | |
| 6. U.S. Bancorp | A | Dividend | J | T | | | | | |
| 7. General Electric | | None | | | Sold | 04/26/13 | J | C | |
| 8. ExxonMobil Corp | A | Dividend | J | T | | | | | |
| 9. ⬚ Building Co(ptnrshp in commdm) last apr. 10/1999 | E | Distribution | J | Q | | | | | |
| 10. Argent IRA Managed Asset Portfolio 4 | C | Dividend | M | T | | | | | |
| 11. Argent 401(k) Managed Asset Portfolio 4 | E | Dividend | P1 | T | Buy | 03/27/13 | P1 | | rollover from lines 12-39 |
| 12. 401(k) PIF Temp Dollar Fd #20 (cash equiv) | A | Interest | | | Sold | 03/27/13 | L | | rollover to line 11 |
| 13. 401(k) Dodge & Cox Income Fund (X) | A | Dividend | | | Sold | 03/27/13 | J | | rollover to line 11 |
| 14. 401(k) Loomis Sayles Bond Snstl FD# 1162 (X) | A | Dividend | | | Sold (part) | 02/11/13 | J | | |
| 15. | | | | | Sold | 03/27/13 | J | | rollover to line 11 |
| 16. PIMCO Investment Grade Corp Bond Instl (X) | B | Dividend | | | Buy (add'l) | 02/11/13 | J | | rollover to line 11 |
| 17. | | | | | Sold | 03/27/13 | J | | rollover to line 11 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco Total Return Fund #35 (X) | A | Dividend | | | Buy (add'l) | 02/11/13 | J | | |
| 19. | | | | | Sold | 03/27/13 | J | | rollover to line 11 |
| 20. Vanguard Inflation-Protected Secs (X) Adm #5119 | B | Dividend | | | Buy (add'l) | 02/11/13 | J | | |
| 21. | | | | | Sold | 03/27/13 | J | | rollover to line 11 |
| 22. Vanguard Total Bond Market Index Signal #1351 (X) | A | Distribution | | | Buy (add'l) | 02/11/13 | J | | rollover to line 11 |
| 23. | | | | | Sold | 03/27/13 | J | | rollover to line 11 |
| 24. Dodge & Cox Stock Fund | A | Dividend | | | Buy | 02/11/13 | M | | |
| 25. | | | | | Sold | 03/27/13 | M | | rollover to line 11 |
| 26. Harbor Capital Appreciation Instl | | None | | | Buy | 02/11/13 | M | | |
| 27. | | | | | Sold | 03/27/13 | M | | rollover to line 11 |
| 28. T Rowe Price Dividend Growth Fund | A | Dividend | | | Buy | 02/11/13 | M | | |
| 29. | | | | | Sold | 03/27/13 | M | | rollover to line 11 |
| 30. T Rowe Price Equity Income #71 | A | Dividend | | | Buy | 02/11/13 | M | | |
| 31. | | | | | Sold | 03/27/13 | M | | rollover to line 11 |
| 32. T Rowe Price Instl Emerging Markets Equity Fd | | None | | | Buy | 02/11/13 | J | | |
| 33. | | | | | Sold | 03/27/13 | J | | rollover to line 11 |
| 34. Thornburg International Value I | B | Dividend | | | Buy | 02/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayes, Karen L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 03/27/13 | K | | rollover to line 11 |
| 36. Vanguard Extended Market Index Signal Fund #1342 | A | Dividend | | | Buy | 02/11/13 | L | | |
| 37. | | | | | Sold | 03/27/13 | L | | rollover to line 11 |
| 38. Vanguard Growth Index Signal Fund #1347 | A | Dividend | | | Buy | 02/11/13 | M | | |
| 39. | | | | | Sold | 03/27/13 | M | | rollover to line 11 |
| 40. Wells Fargo Bank N.A. (cash account) | A | Interest | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 9. Date of last appraisal was October of 1999

Part VII, line 10  Argent Advisors is currently managing portfolios for Karen  Hayes (Argent IRA Managed Asset Portfolio 4). MAP is an automated mutual fund allocation program which uses no load mutual funds to meet its investment objective.  Clients can select from six different MAP portfolios based on the investors' return objectives and risk attitudes.  The MAP 4 portfolio is composed of 60% stocks and 40% bonds and is normally selected by investors who are interested in total return and use income to reduce risk.  Funds are not held in the client's names, nor do the clients have individual ownership at the fund level.  Fund selection is exclusively Argent Advisor's and no client has veto ability in the MAP program.  The investment asset is the portfolio, not the underlying assets.

Part VII, lines 11-39              (Argent 401(k) Managed Asset Portfolio 4) was rolled over into a self directed fund, primarily held in cash equivalents, on November 15, 2012.  The fixed income assets listed in lines 12-39 had been in the Managed Asset Portfolio, and were converted to individual ownership outside of the MAP on 11/15/12.  Those Assets were rolled back over into the Managed Asset Portfolio 4 (line 11) on March 27, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Hayes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544